1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANK GALLARDO,

11          Plaintiff,               No. CIV S-11-1230 WBS DAD P

12      vs.

13   M. CATE, et al.,

14          Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16          On November 29, 2011, plaintiff was ordered to file an in forma pauperis affidavit

17   or to pay the $350.00 filing fee within thirty days and was cautioned that failure to do so would

18   result in a recommendation that this action be dismissed.  The thirty day period has now expired,

19   and plaintiff has not responded to the court's order and has not filed an in forma pauperis

20   affidavit or paid the appropriate filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that

21   this action be dismissed without prejudice.

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  Such a document should be captioned "Objections to Magistrate

26   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

1   within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

2   <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3   DATED: January 9, 2012.

4

5

6   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

7   DAD:4
    gall1230.fifp

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26